**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 06a0729n.06
Filed: October 5, 2006

**No. 05-6841**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **GWEN JONES,** | ) | |
| | ) | ON APPEAL FROM THE |
| *Plaintiff-Appellant*, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF KENTUCKY |
| | ) | |
| **KROGER, INC.** | ) | **O P I N I O N** |
| | ) | |
| *Defendant-Appellee*, | ) | |
| | ) | |

**BEFORE:** NORRIS, COLE, and COOK, Circuit Judges.

**PER CURIAM**. Plaintiff-Appellant Gwen Jones appeals the district court's grant of summary judgment to Defendant-Appellee Kroger, Inc., on Jones' claim of retaliation brought under the Kentucky Civil Rights Act ("KCRA"). Ky. Rev. Stat. Ann. § 344.280. The district court found that Jones did not establish a *prima facie* case of retaliation under the KCRA because she failed to show a causal connection between her KCRA-protected activity and her discharge.

This Court reviews a district court's grant of summary judgment *de novo*. *Cincinnati Ins. Co. v. Zen Design Group, Ltd.*, 329 F.3d 546, 551 (6th Cir. 2003). We have reviewed the record and the parties' submissions. For substantially the same reasons set forth in the district court's comprehensive opinion dated October 27, 2005, we **AFFIRM** the grant of summary judgment.